# KOCH LAW, PLLC

**MEMO ENDORSED**

ATTORNEYS AT LAW

August 16, 2021

HON. KENNETH M KARAS
C/O DEPUTY DAWN BORDES
300 Quarropas Street
Chambers 533
White Plains, NY 10601

*Via E-Mail*

RE: ERRONEOUS FILING IN *GRIFFIN V. STERLING*, CASE NO. 7:21-CV-06615 ~~6615~~ 6617, ECF DOC. NO. 9

Dear Judge Karas,

    Today, August 16, 2021, I accidently filed an erroneous document while attempting to file my Notice of Appearance. I immediately contacted the Clerk's office for the Sothern District of New York and they put ECF document number 9 under seal. I later filed my notice of appearance as document number 10. I now ask this Court to continue the seal on document number nine until the conclusion of the instant matter.

Very Respectfully,

Lee Koch, Esq.

SO ORDERED

KENNETH M. KARAS U.S.D.J.

8/18/2021